# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JOSEPH MICHAEL DEVON ENGEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:20-cv-1806-HEA |
| ) | |
| DESOTO POLICE DEPT., et al., ) | |
| ) | |
| Defendants. ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis on appeal. (Docket No. 10). The motion is unsigned. Nevertheless, giving plaintiff the opportunity to correct the omission of his signature would be futile. That is because when the Court dismissed plaintiff's case on February 2, 2021 (Docket No. 7), it certified in writing that an appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3). It is not apparent that plaintiff now seeks appellate review of any issue that is not frivolous. *See Coppedge v. United States*, 369 U.S. 438, 445 (1962). The Court will therefore deny the motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis on appeal (Docket No. 10) is **DENIED**.

Dated this 3rd day of March, 2021.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE